IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MELISSA DAVIS and CHRIS DAVIS, individually and as next friend of their minor son, ARLIS "BUCK" DAVIS, | ) ) ) ) |
| Plaintiffs, | ) NO. 3:22-cv-00408 |
| v. | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE FRENSLEY |
| ROBERTSON COUNTY SCHOOL BOARD OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' Motion for Reconsideration of Order Denying Defendants' Motion to Enforce Settlement Agreement. (Doc. No. 36 (concerning the Court's July 25, 2023 Order, Doc. No. 35). For the reasons stated in the accompanying Memorandum, the Motion for Reconsideration (Doc. No. 36) is **GRANTED** and the Court's July 25, 2023 Order (Doc. No. 35) is **VACATED**. Upon reconsideration of Defendants' Motion to Enforce Settlement Agreement (Doc. No. 25), for the reasons stated in the accompanying Memorandum, the Motion to Enforce Settlement Agreement (Doc. No. 25) is **GRANTED** and Plaintiffs' Motion to Strike Notice of Settlement (Doc. No. 23) is **DENIED**.

Because the Court finds the parties have settled this case and agreed to dismissal of the claims with prejudice, this matter is hereby **DISMISSED WITH PREJUDICE**. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE