UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Melissa Davis, et al.

                      Plaintiff,

v.                                                                           Case No.: 3:22−cv−00408

Robertson County School Board of Education, et al.

                      Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/25/2024 re [39], [40].

                                                                   Lynda M. Hill
                                                     s/ Megan Gregory, Deputy Clerk